

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -    :  **INDICTMENT**

SHAUN DOZIER,    :  07 Cr. _____ ( )
SHANNON DOZIER,
    a/k/a "Saine,"  :
SAMANTHA SAMUELS, and
MICHAEL WHITEHEAD,    08 CRIM 008

    Defendants.  :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2007 through in or about November 2007, in the Southern District of New York and elsewhere, SHAUN DOZIER, SHANNON DOZIER, a/k/a "Saine," SAMANTHA SAMUELS, and MICHAEL WHITEHEAD, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that SHAUN DOZIER, SHANNON DOZIER, a/k/a "Saine," SAMANTHA SAMUELS, and MICHAEL WHITEHEAD, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation

of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

## Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about April 11, 2007, SHAUN DOZIER and SAMANTHA SAMUELS, the defendants, and a co-conspirator not named as a defendant herein ("CC-1"), sold approximately two bags of crack cocaine and a quantity of cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

b. On or about June 22, 2007, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-1, and a co-conspirator not named as a defendant herein ("CC-2"), sold approximately two bags of crack cocaine and a quantity of cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

c. On or about July 11, 2007, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-1, and a co-conspirator not named as a defendant herein ("CC-3"), sold approximately 7.2 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

d. On or about July 27, 2007, SHANNON DOZIER,

a/k/a "Saine," the defendant, and CC-3, sold approximately 10 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

  e. On or about August 2, 2007, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-3, and a co-conspirator not named as a defendant herein ("CC-4"), sold approximately 18.5 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

  f. On or about August 9, 2007, SHANNON DOZIER, a/k/a "Saine," the defendant, and CC-3, sold approximately 21.8 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

  g. On or about October 11, 2007, SHANNON DOZIER, a/k/a "Saine," and MICHAEL WHITEHEAD, the defendants, sold approximately 49 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

  h. On or about November 14, 2007, MICHAEL WHITEHEAD, the defendant, CC-1, and a co-conspirator not named as a defendant herein ("CC-5"), sold approximately 59.6 grams of crack cocaine to an undercover police officer in the vicinity of 140 West 174th Street in the Bronx, New York.

  (Title 21, United States Code, Section 846.)

**COUNT TWO**

The Grand Jury further charges:

4.   On or about April 11, 2007, in the Southern District of New York, SHAUN DOZIER and SAMANTHA SAMUELS, the defendants, and CC-1, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately two bags of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," and mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812,
    841(a)(1), and 841(b)(1)(C);
 Title 18, United States Code, Section 2.)

**COUNT THREE**

The Grand Jury further charges:

5.   On or about June 22, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-1, and CC-2, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately two bags of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812,
    841(a)(1), and 841(b)(1)(C);
 Title 18, United States Code, Section 2.)

4

**COUNT FOUR**

The Grand Jury further charges:

6. On or about July 11, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-1, and CC-3, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 7.2 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

>(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

**COUNT FIVE**

The Grand Jury further charges:

7. On or about July 27, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," the defendant, and CC-3, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 10 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

>(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

**COUNT SIX**

The Grand Jury further charges:

8. On or about August 2, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," the defendant, CC-3, and CC-4, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 18.5 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812,
841(a)(1), and 841(b)(1)(B);
Title 18, United States Code, Section 2.)

**COUNT SEVEN**

The Grand Jury further charges:

9. On or about August 9, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," the defendant, and CC-3, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 21.8 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812,
841(a)(1), and 841(b)(1)(B);
Title 18, United States Code, Section 2.)

**COUNT EIGHT**

The Grand Jury further charges:

10. On or about October 11, 2007, in the Southern District of New York, SHANNON DOZIER, a/k/a "Saine," and MICHAEL WHITEHEAD, the defendants, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 49 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812,
        841(a)(1), and 841(b)(1)(B);
    Title 18, United States Code, Section 2.)

**COUNT NINE**

The Grand Jury further charges:

11. On or about November 14, 2007, in the Southern District of New York, MICHAEL WHITEHEAD, the defendant, CC-1, and CC-5, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 59.6 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812,
        841(a)(1), and 841(b)(1)(A);
    Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATION**

12. As a result of committing the controlled substance offense alleged in Count One of this Indictment, SHAUN DOZIER, SHANNON DOZIER, a/k/a "Saine," SAMANTHA SAMUELS, and MICHAEL WHITEHEAD, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Assets Provision</u>

13. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)


_____   _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SHAUN DOZIER,
SHANNON DOZIER,
   a/k/a "Saine,"
SAMANTHA SAMUELS, and
MICHAEL WHITEHEAD,

Defendants.

### INDICTMENT

07 Cr. ___ ( )

(Title 21, United States Code, Sections
846, 812, 841 (a)(1), 841 (b)(1)(B), and
841(b)(1)C; Title 18, United States Code,
Section 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

1-2-08 Filed Indictment Under Seal, A/W issued for all Δ's
Pitman
U.S.M.J.