ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

          - v. -                   :        **INDICTMENT**

SHAUN DOZIER,                      :        08 Cr. 008
SHANNON DOZIER,
     a/k/a "Saine,"               :
SAMANTHA SAMUELS, and
MICHAEL WHITEHEAD,                 :

          Defendants.             :

- - - - - - - - - - - - - - - - - - -X

          WHEREAS, the above-captioned indictment was returned on

January 2, 2008 and, upon application of the government, ordered

to be filed under seal; and

          WHEREAS the Government has requested that the above-

captioned indictment be unsealed;

          IT IS HEREBY ORDERED, that the indictment docketed as

08 Cr. 008 be unsealed.

Dated:  New York, New York
        January 9, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

          **KEVIN NATHANIEL FOX**
          United States Magistrate Judge
          Southern District of New York



Case 1:08-cr-00008-RWS    Document 2    Filed 01/09/2008    Page 2 of 2