**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**         **Honorable Robert W. Sweet**
-------------------------------------------------------------            **AUSA** John J. O' Donelle, Jr.

     UNITED STATES OF AMERICA                      08 CR 0008

                                                                          **NOTICE OF APPEARANCE**

                   -against-

       **SHAUN DOZIER**

-----------------------------------------------------------------

TO:    CLERK OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

        I AM APPEARING IN THIS ACTIONS AS (Please check one)

            1.[ ] C.J.A.    2.[**X**] RETAINED    3.[ ] PUBLIC DEFENDER (legal Aid)

        ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [ ] YES - IF YES GIVE YOUR DATE OF
                                            ADMISSION. MO. **10**    YR. **1973**

        I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
      **August 12, 2003**

                                                   SIGNATURE _____
                                                  PRINT THE FOLLOWING INFORMATION CLEARLY

                                                  **Benjamin Heinrich**
                                                  Attorney for Defendant
                                                  **BENJAMIN HEINRICH, P.C.**
                                                  Firm name if any
                                                  **189 East 163rd Street**
                                                  Street address
                                                  **Bronx,**         **NY**        **10451**
                                                  City           State        Zip

                                                  **718-588-4400**
                                                  Telephone No.

NOTE: PLEASE COMPLETE NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186