**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**    **Honorable Robert W. Sweet**
-------------------------------------------------------------
                    AUSA John J. O' Donnell, Jr.
                    AUSA Randall W. Jackson

      UNITED STATES OF AMERICA

                                                    **08 CR 0008**

             -against-

                                                   **NOTICE OF APPEARANCE**

          **SHAUN DOZIER**

-------------------------------------------------------------------

TO:    CLERK OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

       I AM APPEARING IN THIS ACTIONS AS (Please check one)

           1.[ ] C.J.A.    2.[**X**] RETAINED    3.[ ] PUBLIC DEFENDER (legal Aid)

       ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. **10**    YR. **1973**

       I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
       **August 12, 2003**

                                          SIGNATURE  *Benjamin Heinrich, Esq.*
                                          PRINT THE FOLLOWING INFORMATION CLEARLY
                                          **Benjamin Heinrich**
                                          Attorney for Defendant

                                          **BENJAMIN HEINRICH, P.C.**
                                          Firm name if any
                                          **189 East 163rd Street**
                                          Street address
                                          **Bronx,        NY        10451**
                                          City          State        Zip

                                          **718-588-4400**
                                          Telephone No.

NOTE: PLEASE COMPLETE NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SDNY CR. FORM REV. 0186