

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



RECEIVED
JUN 0 2 2008
SWEET CHAMBERS

June 2, 2008

**BY FAX**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

    Re: <u>United States v. Shaun Dozier, et al.,</u>
        08 Cr. 008 (RWS)

Dear Judge Sweet:

    The parties last appeared before Your Honor for a pre-trial conference on May 6, 2008. At that conference, the Court scheduled a trial for September 15, 2008, and ordered the defendants to file any motions by May 23, 2008. The Court also excluded time under Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, until May 23, 2008. None of the defendants have filed any motions, and therefore the conference tentatively scheduled for June 4, 2008, to resolve any contested motions, is now moot. The next scheduled appearance is thus the September 15, 2008, trial date.

    The Government therefore respectfully requests that the Court exclude time under the Speedy Trial Act until September 15, 2008. The Government submits that this exclusion will allow the parties to prepare for trial and that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial.

*[Handwritten annotation:] In addition, the difficulty of obtaining trial time commensurate 4 defendants for counsel for the defense over the summer requires the exclusion in the interest of justice*

*[Handwritten:] So ordered*
*Sweet USDJ*
*6.2.08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:

Ben Heinrich, Esq. (counsel for Shaun Dozier)
718-588-4400
fax: 718-588-4716

Hugh Mundy, Esq. (counsel for Shannon Dozier)
Federal Defenders Of New York, Inc.
New York, NY 10007
fax: (212) 571-0392

Martin R. Stolar, Esq. (counsel for Samantha Samuels)
351 Broadway
New York, NY 10013
fax: (212) 941-0980

Steven Kartagener, Esq. (counsel for Michael Whitehead)
225 Broadway
New York, NY 10013
fax: (212)732-6966