UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
)
SHAUN DOZIER et al., ) S1 08 Cr. 008 (RWS)
)
Defendant. )

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to add her as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:   /s/ Nola Heller
      Nola B. Heller
      Assistant United States Attorney
      (212) 637-2631 (tel)
      (212) 637-2387 (fax)
      Nola.Heller@usdoj.gov