UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

    - against -

SHAUN DOZIER,
                Defendant.

------------------------------------X

S2 08 Cr. 008-01(RWS)

AMENDED SENTENCING OPINION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

**Sweet, D.J.**

      In an opinion dated September 3, 2009, this Court preliminarily sentenced Shaun Dozier ("Defendant") to 210 months' imprisonment and 5 years supervised release. The same day, the Government submitted a letter to the Court noting that the term of imprisonment fell below the statutorily required minimum of 240 months as set forth in 21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 924 (c)(1)(A)(iii). Because this Court is without the authority to impose a sentence below the statutory minimum, Defendants' sentence is hereby amended to 240 months' imprisonment and 5 years supervised release.

      It is so ordered.

1

New York, NY
September 9, 2009

                                        *Sweet*
                            ROBERT W. SWEET
                                 U.S.D.J.